IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JON C. HANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 23-00934-CV-W-BP |
| | ) | |
| RELIANCE LITIGATION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **DESIGNATION OF NEUTRAL**

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME:  Blake Green

_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE:   __X__   Mediation  _____  ADR-O

SESSION DATE AND TIME:      April 10, 2024, at 1:30 p.m.

SESSION LOCATION:  BG Law, 416 Armour Road, North Kansas City, MO 64116

MODE OF SESSION: In person: _____  Virtual:  __X__  Hybrid _____

**Butsch Roberts & Associates LLC**        **Husch Blackwell LLP**

/s/ Christopher E. Roberts                  /s/ Christopher C. Miles
Christopher E. Roberts, #61895              Christopher C. Miles, # 63654MO
David T. Butsch, #37539                     4801 Main Street, Suite 1000
7777 Bonhomme Ave., Suite 1300              Kansas City, MO 64112
Clayton, MO 63105                           Telephone: (816) 983-8000
Telephone: (314) 863-5700                   Fax: (816) 983-8080
Fax: (314) 863-5711                         christopher.miles@huschblackwell.com
croberts@butschroberts.com                  ATTORNEY FOR DEFENDANT
ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2024, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                                            */s/Christopher E. Roberts*