IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JON C. HANSON, | ) |
| | ) Case No: 23-00934-CV-W-BP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RELIANCE LITIGATION, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

Plaintiff Jon C. Hanson and Defendant Reliance Litigation, LLC, by and through their respective counsel, pursuant to Rule 41(a)(1)(A), hereby file this Stipulation for Dismissal, dismissing all Plaintiff's claims against Reliance Litigation, LLC with prejudice, each side to bear its own costs.

Dated: May30, 2024                                          Respectfully Submitted,

BUTSCH ROBERTS & ASSOCIATES LLC                             HUSCH BLACKWELL LLP

By: /s/ Christopher E. Roberts                              By: /s/ Christopher C. Miles
Christopher E. Roberts #61895MO                             Christopher C. Miles, Mo. Bar. #63654
7777 Bonhomme Ave., Suite 1300                              4801 Main Street, Suite 1000
Clayton, MO 63105                                           Kansas City, MO 64112-2551
(314) 863-5700 (telephone)                                  Phone: (816) 983-8000
(314) 863-5711 (fax)                                        Fax: (816) 983-8080
roberts@butschroberts.com                                   christopher.miles@huschblackwell.com

*Attorneys for Plaintiff*                                   *Counsel for Defendant Reliance Litigation, LLC*